# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**American General Life Insurance Company**

    Plaintiff(s),

VS.

**Stefano Migliorisi**

    Defendant(s).

Attorney: Matthew I. Penfield

Bressler, Amery & Ross, P.C.
2001 Park Place North, #1500
Birmingham AL 35203



*255788*

**Case Number: 1:20-cv-01776-CKK**

Legal documents received by Same Day Process Service, Inc. on **07/01/2020** at **10:55 AM** to be served upon **Stefano Migliorisi 1673 34th St., NW Washington DC 20007**

I, **Kion Lathan**, swear and affirm that on **July 01, 2020** at **6:29 PM**, I did the following:

**Substitute** Served **Stefano Migliorisi** by leaving a conformed copy of this **Summons in a Civil Action; Certificate Rule LCvR 26.1; Complaint** at **1673 34th St., NW , Washington, DC 20007**, the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **Rosanna Ania**, as **Co-Resident** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 46 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Hispanic Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Kion Lathan**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:255788

District of Columbia: SS
Subscribed and Sworn to before me
this ____ day of _____ 2020

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022