**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICAN GENERAL LIFE INSURANCE COMPANY,**<br><br>    Plaintiff,<br><br>v.<br><br>**STEFANO MIGLIORISI,**<br><br>    Defendant. | Civil Action No. 1:20-cv-01776-CKK |

**NOTICE OF FILING AFFIDAVITS**

COMES NOW, Plaintiff, American General Life Insurance Company ("American General"), and hereby submits the Affidavits of David P. Donahue and Louis F. Mendez in response to the Court's July 20, 2020 Orders. Mr. Donahue and Mr. Mendez will file their Notices of Appearance pursuant to LCvR 83.6(a) once their e-filing registrations are approved.

DATED: July 17, 2020				Respectfully submitted,

						*s/ Matthew I. Penfield*
						Matthew I. Penfield
						BRESSLER, AMERY & ROSS, P.C.
						2001 Park Place, Suite 1500
						Birmingham, AL 35203
						Tel. (205) 719-0400
						mpenfield@bressler.com
						D.C. Bar No. AL0014

						*Attorneys for Plaintiff*
						*American General Life Insurance Company*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served on the following on July 17, 2020 by U.S. mail first class:

Stefano Migliorisi
1673 34th Street NW
Washington, DC 20007

                                        *s/ Matthew I. Penfield*
                                        Matthew I. Penfield