**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**AMERICAN GENERAL LIFE
INSURANCE COMPANY,**

  **Plaintiff,**

**v.**

**STEFANO MIGLIORISI,**       **Civil Action No. 1:20-cv-01776-CKK**

  **Defendant.**

---

**STATE OF ALABAMA**    **)**
            **)**
**COUNTY OF JEFFERSON**  **)**

## AFFIDAVIT OF DAVID P. DONAHUE

  COMES NOW, David P. Donahue, and having been duly sworn, deposes and states as follows:

  1.  I am David P. Donahue. I am over the age of nineteen (19) and I am competent to testify to the matters stated herein. I make this Affidavit in response to the Court's July 20, 2020 Order on American General Life Insurance Company's ("American General") Motion for David P. Donahue to Appear *Pro Hac Vice* as counsel for American General in the above-captioned action.

  2.  I have read and I am familiar with the Local Rules of the United States District Court for the District of Columbia.

  **FURTHER AFFIANT SAYETH NOT.**

Dated: July 27, 2020

                    _____
                    David P. Donahue, Affiant

Sworn to and subscribed before me by the above-named Affiant, who is personally known to me, this 27th day of July, 2020.

Brandi M. Wolfe

NOTARY PUBLIC
My Commission Expires: Jan 5, 2022

[S E A L]

BRANDI M WOLFE
My Commission Expires
January 5, 2022