# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>STEFAN MIGLIORISI,<br><br>Defendant. | Civil Action No. 20-1776 (CKK) |

## ORDER
(August 5, 2020)

The Complaint in this case was filed on June 30, 2020. Compl., ECF No. 1. The Defendant was served on July 1, 2020. *See* ECF No. 5. No response to the Complaint has been filed. Plaintiff has also not taken any additional measures to prosecute this case.

Therefore, it is this 5th day of August 2020, hereby,

**ORDERED** that by no later than AUGUST 19, 2020, Plaintiff shall either file for default or take other appropriate action to prosecute these claims or the Court will dismiss the case without prejudice for want of prosecution.

**SO ORDERED.**

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge